■ In the Matter of GARNETT LEACOCK, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [942 NYS2d 394]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered November 15, 2011) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Smith, J.P., Lindley, Sconiers and Martoche, JJ.

■ In the Matter of DeWITT GIBSON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [944 NYS2d 713]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered November 15, 2011) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Lindley, Sconiers and Martoche, JJ. [See 96 AD3d 703.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGGIE CLARK, Appellant. [944 NYS2d 712]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered November 14, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (seven counts), criminal possession of stolen property in the fourth degree (two counts), grand larceny in the fourth degree, petit larceny, and criminal possession of stolen property in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley, Sconiers and Martoche, JJ.